# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Trustees of the Line Construction Benefit Fund
 Plaintiff,

v.

Utilities Conservation Company, LLC
 Defendant.

Case No.: 1:24−cv−01755

Honorable Joan B. Gottschall

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 15, 2025:

MINUTE entry before the Honorable Keri L. Holleb Hotaling: Telephonic status hearing held 10/15/2025 and continued to 11/5/2025 at 10:30 a.m. The call in information is 855−244−8681, and the participant access code is 2315 0911 461#. The parties may email the Court's Chambers inbox (Chambers_HollebHotaling@ilnd.uscourts.gov) if they are able to settle this matter prior to the 11/5/2025 hearing and the Court will strike that hearing.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.