**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Trustees of the Line Construction Benefit Fund
                                                   Plaintiff,

v.                                                                             Case No.: 1:24−cv−01755
                                                                                Honorable Joan B. Gottschall

Utilities Conservation Company, LLC
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 12, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Telephonic status held 11/12/2025. The parties have reached a settlement agreement in principle and are reducing that agreement to writing and plan to file dismissal paperwork before the district judge (the settlement agreement may involve a payment plan, so this action should not be dismissed immediately). All upcoming dates before Judge Holleb Hotaling are stricken. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned district judge. Judge Holleb Hotaling no longer referred to this case.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.