THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND, | ) ) ) |
| Plaintiffs, | ) Case No. 24-CV-1755 ) ) Hon. Judge Gottschall |
| v. | ) ) ) Magistrate Judge Holleb Hotaling |
| UTILITIES CONSERVATION CO., LLC | ) ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, TRUSTEES OF THE LINE CONSTRUCTION BENEFIT FUND, and Defendant, UTILITIES CONSERVATION CO., LLC, by and through their respective undersigned attorneys and pursuant to the Parties' settlement agreement, hereby stipulate that this matter is dismissed without prejudice, effective upon filing of this Stipulation, with leave to reinstate on or before January 31, 2028. The Court shall retain jurisdiction solely to enforce the settlement agreement. If no motion to reinstate is filed by that date, the dismissal shall automatically convert to with prejudice without further order of the Court. Each Party shall bear its own attorneys' fees, costs, and expenses, except as otherwise agreed between the Parties.

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| */s/Alex Behn* | */s/Kathleen M. Cahill* |
| Alex Behn | Kathleen M. Cahill |
| Asher, Gittler, & D'Alba, Ltd. | ALLOCCO, MILLER & CAHILL, P.C. |
| 200 West Jackson Blvd., Ste. 720 | 20 N. Wacker Drive, Suite 3517 |
| Chicago, Illinois 60606 | Chicago, Illinois 60606 |
| Phone: (312) 263-1500 | Phone: (312) 675-4325 |
| Fax: (312) 263-1520 | kmc@alloccomiller.com |
| ajb@ulaw.com | |

Dated: December 12, 2025

1