# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Trustees of the Line Construction Benefit Fund
                                              Plaintiff,

v.                                            Case No.: 1:24−cv−01755
                                              Honorable Joan B. Gottschall

Utilities Conservation Company, LLC
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 15, 2025:

    MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' Joint Stipulation of Dismissal [50], this matter is dismissed without prejudice, with leave to reinstate on or before January 31, 2028. If no motion to reinstate is filed by that date, the dismissal shall automatically convert to a dismissal with prejudice. Each party shall bear its own attorneys' fees, costs, and expenses, except as otherwise agreed between the parties. Civil case terminated. Mailed notice(mjc, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.